## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**KATRINKA ANDERWS HUEY,**

    *Plaintiff*,

v.                                   **Case No.: 3:24cv633-MW/HTC**

**ESCAMBIA COUNTY SHERIFF,**
**et al.,**

    *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## <u>REPORT AND RECOMMENDATION</u>

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 5, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** for failure to comply with Court Orders and as frivolous pursuant to 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(B)." The Clerk shall close the file.

**SO ORDERED on February 18, 2025.**

                              **s/Mark E. Walker**
                              **Chief United States District Judge**